

CIVILIAN OFFICE OF POLICE ACCOUNTABILITY

INTEGRITY ● TRANSPARENCY ● INDEPENDENCE ● TIMELINESS

TO:         David O'Neil Brown
            Superintendent of Police

FROM:       Sydney R. Roberts
            Chief Administrator

DATE:       June 16, 2020

RE:         RELIEF OF POWERS
            Log #2020-0000630
            Sergeant of Police, William J. Spyker, Star #1930, Employee #53588

The Civilian Office of Police Accountability (COPA) has an on-going investigation in the above referenced log number concerning an incident of alleged misconduct that occurred on February 2, 2020, at or near 230 South State Street. Chicago, Illinois. COPA's preliminary investigation in the matter included a review of body-worn camera ("BWC") evidence from the involved CPD members, including Sgt. Spyker's BWC.

Footage from Sgt. Spyker's BWC strongly suggests that Sgt. Spyker refused to document Martese Lee's ("Lee") complaint of excessive force against Officer Raymond Haran (Star# 10571) for grabbing and pushing her.[1] Specifically, in response to her complaint against Officer Haran, Sgt. Spyker tells Lee, " If [Officer Haran] tells me you obstructed the crime scene we're going to arrest you." [2]  Sgt. Spyker then continues, ". . . that's the way it's gonna go if you wanna complain." [3] After further argument, the BWC captures Sgt. Spyker directing Officer Hanan to arrest Lee.[4] Officer Hanan then places Lee under arrest.

At this point in COPA's investigation, strong evidence suggests that Sgt. Spyker's handling of Lee's complaint may have been in violation of Department policy regarding the treatment of received complaints of misconduct. This same evidence also suggests that Sgt. Spyker threatened Lee with arrest if she insisted on advancing her complaint, and that Sgt. Spyker ultimately carried through with his threat of arrest. A civilian's ability to lodge a complaint of police misconduct is of paramount importance in the Department's efforts to rebuild trust with the community. To have a sergeant of police not only ignore Ms. Lee's request to file a complaint, but to respond by using

---

[1] Martese Lee alleges that Officer Haran grabbed and pushed her.

[2] See the body-worn camera video of Sgt. Spyker from February 2,2020. Attachment 26: at approximately 12:35.

[3] *Id* at 12:42.

[4] *Id* at 15:35.

his arrest powers in a seemingly punitive and retaliatory manner demonstrates a profound lack of judgment and brings significant discredit to the Department.

Considering this video evidence, COPA recommends that the Department evaluate the current assignment of Sgt. Spyker and consider relieving him of police powers. We further find these considerations particularly important when consider Sgt. Spyker's position as a supervisor within your Department, and the suggestion that Sgt. Spyker deprived Lee of her personal liberty for making a complaint of misconduct against a Chicago Police officer.

If you would like to discuss this matter or have any questions, please contact Deputy Chief Investigator Andrea Kersten.

_____          June 16, 2020

_____          _____

Sydney Roberts                                             Date
*Chief Administrator*

cc:       Anthony J. Riccio
          First Deputy Superintendent

          Karen Kanow
          Chief of Bureau of Internal Affairs