# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| MARTESA LEE, | ) |
| | ) Case No. 20 C 1508 |
| Plaintiff, | ) |
| | ) Judge John J. Tharp, Jr |
| v. | ) |
| | ) Magistrate Judge Jeffrey Cummings |
| CITY OF CHICAGO, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled by the parties and, therefore, all claims related to this cause should be dismissed without prejudice, to be automatically converted to dismissal with prejudice 75 days from the entry of the Court's order, unless a party has moved to extend this date prior to the expiration of the 75 days. Each side shall bear its own costs and attorneys' fees.

_____
Jordan Marsh
Attorney for Plaintiff, Martesa Lee
Law Office of Jordan Marsh
5250 Old Orchard Road, Suite 300
Skokie, Illinois 60077
(312) 401-5510
Attorney No. 6216489
DATE: 06/21/2021

Respectfully submitted,
CITY OF CHICAGO
a Municipal Corporation
CELIA MEZA
Acting Corporation Counsel
Attorney for the City of Chicago

BY: _____
Victoria R. Benson
Deputy Corporation Counsel
2 North LaSalle Street, Suite 420
Chicago, Illinois 60602
(312) 744-4883
Attorney No. 6282508
DATE: _____

_____
Mark Winistorfer
Assistant Corporation Counsel III
Attorney for Defendants, Raymond Haran and William Spyker
2 North LaSalle Street, Suite 420
Chicago, Illinois 60602
(312) 744-6905
Attorney No. 6310510
DATE: June 22, 2021